IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** DelGallo, Linda S

Printed: 11/25/08

Case Number: 08 B 20723
Judge: Wedoff, Eugene R
Filed: 8/8/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 2, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 141.69 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 141.69 |
| Totals: | 141.69 | 141.69 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Hometown Jewelers | Secured | 400.00 | 0.00 |
| 2. | Premier Bankcard | Unsecured | 34.91 | 0.00 |
| 3. | First American Cash Advance | Unsecured | 64.78 | 0.00 |
| 4. | Commonwealth Edison | Unsecured | 36.57 | 0.00 |
| 5. | HomEq Servicing Corp | Secured | | No Claim Filed |
| 6. | HomEq Servicing Corp | Secured | | No Claim Filed |
| 7. | ADT Security Systems | Unsecured | | No Claim Filed |
| 8. | Standard Bank & Trust Co | Unsecured | | No Claim Filed |
| 9. | Nicor Gas | Unsecured | | No Claim Filed |
| 10. | Payday Loan | Unsecured | | No Claim Filed |
| 11. | Merry Maids | Unsecured | | No Claim Filed |
| 12. | Scotts Lawn Servicing South | Unsecured | | No Claim Filed |
| 13. | Gutter Monkeys | Unsecured | | No Claim Filed |
| 14. | SST CARD SERVICE | Unsecured | | No Claim Filed |
| | | | $ 536.26 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  DelGallo, Linda S

Printed: 11/25/08

Case Number:  08 B 20723
Judge:  Wedoff, Eugene R
Filed:  8/8/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

